BEFORE THE THIRD DIVISION, NOVEMBER 10, 1959

No. 63501.—Frank P. Dow Co., Inc., a/c United China & Glass Co., and Frank P. Dow Co., Inc. *v.* United States, protests 245619–K and 239947–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques or plates similar in all material respects to those the subject of *United China & Glass Co.* v. *United States* (39 Cust. Ct. 167, C.D. 1920), the claim of the plaintiffs was sustained.